IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHARLES D. WHITE                                                                    PLAINTIFF

       v.                    Civil No. 05-3032

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                      DEFENDANT

## **J U D G M E N T**

Now on this 28th day of July, 2006, comes on for consideration the Report and Recommendation dated July 5, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Commissioner; and dismisses plaintiff's complaint with prejudice.

                                        /s/Jimm Larry Hendren
                                        HON JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)